IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LEE BAILEY,

    Defendant.

Case No. 3:11CR035(3)

JUDGE WALTER H. RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH FURTHER RE-IMPOSED PERIOD OF SUPERVISED RELEASE TO FOLLOW, UPON STATED CONDITIONS; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; NEITHER COUNSEL FOR THE GOVERNMENT NOR FOR THE DEFENDANT HAD ANY PROCEDURAL OR SUBSTANTIVE OBJECTIONS TO THIS COURT'S DISPOSITION; TERMINATION ENTRY

---

On March 14, 2019, the Defendant, having previously been found in violation of his most recent period of supervised release, a status that began December 4, 2017, appeared in open Court for final disposition.

Pursuant to the record made on the aforesaid March 14, 2019, the Defendant's supervised release was revoked and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of eight months, with credit given for all allowable pre-revocation jail time. The eight-month sentence imposed on March 14, 2019 (less any pre-revocation jail time credit) is to be followed by a five-year period of supervised release, less any credit to which he is entitled, upon the conditions that he discharge any presently undischarged conditions of supervision initially imposed; that he be enrolled, upon an immediate

basis, in a residential drug treatment program immediately upon completion of his term of imprisonment; that, following the completion of the residential drug treatment program, he is to reside at a sober living facility as directed by the Probation Officer; and, finally, that he adhere to each and every aspect of the attached Supervision Plan, dated April 3, 2019, to which he has agreed by signing same on April 3, 2019.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

Neither counsel for the Government nor for the Defendant had any procedural or substantive objections to this Court's sentence.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

April 24, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Laura Sebulsky, U.S. Probation Officer

Supervision Plan
Lee Bailey
Case No. 3:11CR035(3)
April 3, 2019

1) The defendant shall participate in and successfully complete a residential drug treatment program immediately upon completion of his term of imprisonment, as directed by the probation officer.

2) The defendant shall reside at a sober living facility as directed by the probation officer, upon completion of a residential drug treatment program.

3) The defendant shall reside with his cousin, Nina Martin, at 315 Summit Court, Apt. D, Fairborn, Ohio 45324. The defendant shall reside with Ms. Martin if need be prior to entering a residential drug treatment program upon being released from his term of imprisonment. The defendant shall reside with Ms. Martin upon completion of a residential drug treatment program if he is not able to secure a bed at a sober living facility.

4) The defendant shall participate in aftercare substance abuse treatment, at the direction of the probation officer.

5) The defendant shall participate in a mental health assessment and treatment, as directed by the probation officer.

6) The defendant shall sign up for Medicaid while at the residential drug treatment program, at the direction of the probation officer. Upon receiving his Medicaid, medically assisted treatments options, such as Vivitrol, shall be explored by the defendant.

7) The defendant shall contact the Montgomery County Ex-Offender Reentry Center upon the completion of residential drug treatment and register for and successfully complete the Career Alliance Program, as directed by the probation officer.

8) The defendant shall submit to frequent urine specimens, as directed by the probation officer.

9) The defendant shall actively job seek and provide job seeking verification to the probation officer, as directed by the probation officer.

10) The defendant shall make himself available to be screened for Reentry Court as directed by the probation officer.

_Lee Bailey_ (signature)  2-24-17  4-3-19
Lee Bailey

_Vincent P. Popp_ (signature)  2/24/17  4/3/19
Vincent P. Popp

_Laura A. Sebulsky_ (signature)  2-23-17  4-3-19
Laura A. Sebulsky