IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:11cr35(3) |
| Plaintiff, | : | NUNC PRO TUNC March 3, 2020 |
| v. | : | District Judge Walter H. Rice |
| LEE BAILEY | : | |
| Defendant. | : | |

**DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING A SENTENCE OF TIME SERVED WITH NO SUPERVISED RELEASE TO FOLLOW; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; NO PROCEDURAL OR SUBSTANTIVE OBJECTIONS VOICED; TERMINATION ENTRY**

On March 3, 2020, the defendant appeared in open Court pursuant to a Petition directing him to show cause why his Supervised Release, a status that began July 9, 2019, should not be revoked.

Pursuant to the record made in open Court on March 3, 2020, the defendant's Supervised Release was revoked and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of time served, as of March 21, 2020. There is no period of Supervised Release to follow.

The defendant is to reside, until he can secure a residence of his own, with his sister, mother, and grandmother at 3555 Sellars Road, Moraine, Ohio.

Following the above, defendant was orally explained his right of appeal and he orally indicated an understanding of same. Neither counsel for the government nor for the defendant had any procedural or substantive objections to this Court's decision.

Defendant is to be released immediately from the Butler County Jail.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

March 27, 2020

/s/ Walter H. Rice
Walter H. Rice
United States District Judge

c: Counsel of record
United States Marshal Service
Butler County Jail