IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

  vs.           Case No. 3:11CR035(3)

LEE BAILEY,         JUDGE WALTER H. RICE

   Defendant.

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING A SENTENCE OF TIME SERVED WITH NO SUPERVISED RELEASE TO FOLLOW; RIGHT OF APPEAL ORALLY EXPLAINED AND UNDERSTOOD; NEITHER COUNSEL FOR THE GOVERNMENT NOR FOR THE DEFENDANT HAD ANY PROCEDURAL OR SUBSTANTIVE OBJECTIONS TO THIS COURT'S DISPOSITION; TERMINATION ENTRY

---

  On March 27, 2020, the Defendant, having previously been found in violation of his Supervised Release that began on July 9, 2019, appeared in open Court for final disposition.

  Pursuant to the record made on the aforesaid March 27, 2020, the Defendant's Supervised Release was revoked and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of time served, with no period of Supervised Release to follow.

  Following the above, the Defendant was orally explained his right of appeal and he indicated an understanding of same.

  Neither counsel for the government nor for the Defendant had any procedural or substantive objections to this Court's disposition.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

June 25, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record